UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | Civil Action No. 20-3031 (RCL) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Federal Bureau of Prisons ("BOP"), U.S. Department of Justice ("DOJ"), and the U.S. Department of Health and Human Services ("HHS"), specifically the Centers for Disease Control ("CDC"), by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time of twenty-one (21) days, up to and including December 16, 2020, to answer or otherwise respond to the Complaint in this matter.

### BACKGROUND INFORMATION

1. Plaintiffs submitted separate Freedom of Information Act ("FOIA") requests to BOP, five DOJ components – the Bureau of Justice Statistics, Bureau of Justice Assistance, National Criminal Justice Reference Center, Office of Justice Programs, Office of Legal Counsel; and the CDC on April 29, 2020 and July 1, 2020. *See* Compl. ¶ 22.

2.      Plaintiffs filed this action under the FOIA on October 21, 2020. (ECF No. 1) Service of the Complaint was effected on the U.S. Attorney on October 26, 2020. (ECF No. 10) The current deadline to answer or otherwise respond to the Complaint is November 25, 2020.

## BASIS FOR EXTENSION REQUEST

3.      The undersigned counsel is working with agency counsels to gather background information about each of the FOIA requests underlying this litigation in order to prepare an accurate response to the Complaint.   To date, the undersigned counsel has gathered all of the information with respect to BOP and CDC.   Additional time is sought to coordinate with the five DOJ components to complete their inquiries into plaintiff's FOIA requests and to provide the undersigned counsel with the information needed to provide an accurate response to the Complaint.

## ADDITIONAL REQUIRED INFORMATION

4.      This is Defendants' first request for an extension of time to Answer or otherwise respond to the Complaint.

5.      Granting Defendants' motion will not affect any other deadlines.

6.      Pursuant to Local Civil Rule 7(m), the undersigned counsel reached out   to Plaintiff's counsels who oppose this extension out of concern that the production of documents will be delayed..

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court grant this motion seeking an extension of time of twenty-one (21) days, up to and including

December 16, 2020, to answer or otherwise respond to the Complaint.   A proposed order is attached.

Dated:   November 20, 2020    Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn
Chief, Civil Division
D.C. Bar #924092


By:  /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*

3