UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **FEDERAL BUREAU OF PRISONS**, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-3031 (RCL) |

### ORDER

Pursuant to Local Civil Rule 16.3(b)(10), parties to a FOIA action are exempted from typical scheduling order requirements. As such, the burden is on the Government to produce a *Vaughn* index with a supporting motion to dismiss or motion for summary judgment, as appropriate. The index and supporting motion shall be filed within thirty (30) days of this date, or such further time as this Court allows.

It is **SO ORDERED**.

Date: December 17, 2020

_____
Hon. Royce C. Lamberth
United States District Judge