UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-3031 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion [15] for Extension of Time to file Vaughn indices and dispositive motions, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendants shall file a Status Report on **February 16, 2021**, updating the Court on the processing of Plaintiffs' FOIA requests.

It is **SO ORDERED** this 22nd day of January, 2021.

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge