UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> Defendants. | Civil Action No. 20-3031 (RCL) |

## [~~PROPOSED~~] ORDER

Upon consideration of the parties' March 16, 2021 Joint Status Report, it is hereby:

**ORDERED** that the parties shall file a Joint Status Report on **May 17, 2021,** updating the Court on the processing of Plaintiffs' FOIA requests.

It is **SO ORDERED** this _20th_ day of _April_, 2021.

_____
ROYCE C. LAMBERTH
United States District Judge