IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*. | No. 20-cv-3031 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Compel a Volume Estimate and Expedited Processing, it is hereby:

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

It is further **ORDERED** that Defendant Federal Bureau of Prisons shall complete the de-duplication of potentially responsive records and provide to Plaintiffs an estimate of the deduplicated number of potentially responsive records by no later than May 14, 2021.

It is further **ORDERED** that Defendant Federal Bureau of Prisons shall process at least 2,000 pages per month during May 2021 and June 2021.

It is further **ORDERED** that Defendant Federal Bureau of Prisons shall process at least 1,000 pages per month starting in July 2021 until processing is complete.

It is **SO ORDERED** this ____ day of _____, 2021.

 

_____
ROYCE C. LAMBERTH
United States District Judge