# Exhibit A

# Kumar, Suraj

| | |
|---|---|
| **From:** | Gamse, Nicholas |
| **Sent:** | Friday, January 22, 2021 5:55 PM |
| **To:** | Kumar, Suraj |
| **Subject:** | FW: Follow up - ACLU v BOP, case no. 20-3031 |

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Friday, January 22, 2021 12:28 PM
**To:** Gamse, Nicholas <NGamse@wc.com>; Hentoff, Tom <THentoff@wc.com>
**Subject:** Follow up - ACLU v BOP, case no. 20-3031

Nick,

Per yesterday's conversation, BOP is proposing to search the email accounts of the following custodians:

- BOP Director **Michael Carvajal**
- BOP Deputy Director **Thomas Kane**
- Assistant Director – Human Resource Management - **L. Cristina Griffith**
- Assistant Director – Health Services Division - **M.D. Smith**
- Assistant Director – Administration Division - **Bradley Gross**
- Assistant Director – Program Review Division - **Louis Milusnic**
- Acting Assistant Director – Correctional Programs Division - **Andre Matevousian**
- CEO Federal Prison Industries - **Patrick O'Connor**
- Acting Director – National Institute of Corrections (NIC) - **Shaina Vanek**
- NIC Prison Divisions Chief **Ronald Taylor**
- NIC Jails Division Chief **Stephen Amos**
- Medical Director **Jeffrey Allen**
- Regional Director, South Central Region - **Juan Baltazar, Jr.**
- Regional Director, North Central Region - **Barb von Blanckensee**
- Regional Director, Northeast Region - **Nicole C. English**
- Regional Director, Southeast Region - **J.A. Keller**
- Regional Director, Mid-Atlantic Region - **James Petrucci**
- Regional Director, Western Region - **Melissa Rios**

BOP is suggesting the following search terms:

**Coronavirus; Corona; Virus; Disease; Pandemic; Epidemic; Outbreak; "public health emergency"; COVID' SARS; "2019-nCOV"; POTUS; Test: Wuhan; Hoax; "Yellow Peril"; "Kung-Flu"; "Kung Flu"; Cluster; Seeded; Quarantine; Screening; 100.4; Asymptomatic; Symptomatic; Ventilator; Distancing; N95; Mask; Respirator; "hand sanitizer"; Soap; Lockdown; "lock down"; Securus; "sick leave"**

With respect to the congressional communications, it was discussed that BOP would conduct searches with respect to the House and Senate Judiciary Committees (committees mentioned in the Complaint). BOP notes that the following four Senators are also mentioned in the Complaint: Warren, Durbin, Rubio and Grassley. Accordingly BOP will also conduct searches with respect to the four named Senators.

Please let me know if you wish to discuss.

Thank you,
Katy

Kathleene (Katy) Molen
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street NW|Civil Division|Washington, D.C. 20530
Ph: (202) 803-1572| Kathleene.Molen@usdoj.gov