# Exhibit B

# Kumar, Suraj

| | |
|---|---|
| **From:** | Kumar, Suraj |
| **Sent:** | Friday, January 29, 2021 6:15 PM |
| **To:** | Gamse, Nicholas; Molen, Kathleene (USADC) |
| **Cc:** | Hentoff, Tom |
| **Subject:** | RE: Follow up - ACLU v BOP, case no. 20-3031 |
| **Attachments:** | ACLU v. BOP Search Terms(9688999.4).docx |

Katy,

Thank you for providing the BOP's proposal. Attached please find plaintiffs' proposed search terms and custodians. Please confirm you will run these searches and provide an estimated volume of potentially responsive records. We understand from our call that it should be pretty quick to run the terms—do you think you can have an estimated volume next week?

As to congressional communications, BOP counsel agreed on our January 21 call to check with agency staff whether there may be responsive records relating to congressional committees and members of Congress beyond those expressly identified in the complaint. Please confirm that BOP counsel has followed up with agency staff, and that BOP does not have responsive records relating to other committees and members.

Finally, please let us know your availability for a call to discuss the upcoming status report late next week.

Sincerely,

Suraj

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

**From:** Gamse, Nicholas <NGamse@wc.com>
**Sent:** Friday, January 29, 2021 2:23 PM
**To:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Cc:** Hentoff, Tom <THentoff@wc.com>; Kumar, Suraj <skumar@wc.com>
**Subject:** RE: Follow up - ACLU v BOP, case no. 20-3031

Katy,

Yes, and we will be sending you a counterproposal today. Thank you.

Nick

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Friday, January 29, 2021 2:02 PM
**To:** Gamse, Nicholas <NGamse@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: Follow up - ACLU v BOP, case no. 20-3031

Hi Nick,

Reaching out regarding ACLU v BOP, case no. 20-3031. Have you had a chance to discuss with your client the proposed custodians and search terms that BOP provided last Friday?

Thank you,
Katy

---

**From:** Gamse, Nicholas <NGamse@wc.com>
**Sent:** Friday, January 22, 2021 5:56 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>
**Subject:** RE: Follow up - ACLU v BOP, case no. 20-3031

Thanks, have a good weekend.

Nick

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Friday, January 22, 2021 12:28 PM
**To:** Gamse, Nicholas <NGamse@wc.com>; Hentoff, Tom <THentoff@wc.com>
**Subject:** Follow up - ACLU v BOP, case no. 20-3031

Nick,

Per yesterday's conversation, BOP is proposing to search the email accounts of the following custodians:

- BOP Director **Michael Carvajal**
- BOP Deputy Director **Thomas Kane**
- Assistant Director – Human Resource Management - **L. Cristina Griffith**
- Assistant Director – Health Services Division - **M.D. Smith**
- Assistant Director – Administration Division - **Bradley Gross**
- Assistant Director – Program Review Division - **Louis Milusnic**
- Acting Assistant Director – Correctional Programs Division - **Andre Matevousian**
- CEO Federal Prison Industries - **Patrick O'Connor**
- Acting Director – National Institute of Corrections (NIC) - **Shaina Vanek**
- NIC Prison Divisions Chief **Ronald Taylor**
- NIC Jails Division Chief **Stephen Amos**
- Medical Director **Jeffrey Allen**
- Regional Director, South Central Region - **Juan Baltazar, Jr.**
- Regional Director, North Central Region - **Barb von Blanckensee**
- Regional Director, Northeast Region - **Nicole C. English**
- Regional Director, Southeast Region - **J.A. Keller**
- Regional Director, Mid-Atlantic Region - **James Petrucci**
- Regional Director, Western Region - **Melissa Rios**

BOP is suggesting the following search terms:

**Coronavirus; Corona; Virus; Disease; Pandemic; Epidemic; Outbreak; "public health emergency"; COVID' SARS; "2019-nCOV"; POTUS; Test: Wuhan; Hoax; "Yellow Peril"; "Kung-Flu"; "Kung Flu"; Cluster; Seeded; Quarantine; Screening; 100.4; Asymptomatic; Symptomatic; Ventilator; Distancing; N95; Mask; Respirator; "hand sanitizer"; Soap; Lockdown; "lock down"; Securus; "sick leave"**

With respect to the congressional communications, it was discussed that BOP would conduct searches with respect to the House and Senate Judiciary Committees (committees mentioned in the Complaint). BOP notes that the following four Senators are also mentioned in the Complaint: Warren, Durbin, Rubio and Grassley. Accordingly BOP will also conduct searches with respect to the four named Senators.

Please let me know if you wish to discuss.

Thank you,
Katy

Kathleene (Katy) Molen
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street NW|Civil Division|Washington, D.C. 20530
Ph: (202) 803-1572| Kathleene.Molen@usdoj.gov

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

1/29/21

## ACLU v. BOP: Potential Search Terms

(prison OR jail OR correction* OR FCI OR BOP OR USMS OR Marshal* OR inmate OR detention OR incarcer* OR peniten*) AND [any of the following terms][1]

- COVID*
- Corona*
- Virus
- Pandemic
- Epidemic
- Outbreak
- "public health emergency"
- SARS
- Wuhan
- Hoax
- "Yellow Peril"
- "Kung-Flu"
- "Kung Flu"
- Cluster
- Quarantine
- Social w/2 (Isolat* or distanc*)
- Asymptomatic
- Symptomatic
- N95 or N-95
- Mask
- Sanitizer
- Soap
- Lockdown
- "lock down"
- Feasible
- Ideal*
- Guid*
- CDC
- Fauci
- Evacuat*
- Compassionat*
- Release
- Transfer
- Carvajal
- Vaccin*
- Death

---

[1] Each term should be searched irrespective of capitalization. Each term should include plural variants or a root expander if it is not possible to search plural variants.

1/29/21

- Fatal*
- "task force"
- "White House"
- POTUS
- Ventilat!
- HEPA
- Pence

Custodians:
- BOP Director **Michael Carvajal**
- BOP Deputy Director **Thomas Kane**
- Assistant Director – Human Resource Management - **L. Cristina Griffith**
- Assistant Director – Health Services Division - **M.D. Smith**
- Assistant Director – Administration Division - **Bradley Gross**
- Assistant Director – Program Review Division - **Louis Milusnic**
- Acting Assistant Director – Correctional Programs Division - **Andre Matevousian**
- CEO Federal Prison Industries - **Patrick O'Connor**
- Acting Director – National Institute of Corrections (NIC) - **Shaina Vanek**
- NIC Prison Divisions Chief **Ronald Taylor**
- NIC Jails Division Chief **Stephen Amos**
- Medical Director **Jeffrey Allen**
- Regional Director, South Central Region - **Juan Baltazar, Jr.**
- Regional Counsel, South Central Region – **Jason Sickler**
- Regional Director, North Central Region - **Barb von Blanckensee**
- Regional Counsel, North Central Region - **Rick Winter**
- Regional Director, Northeast Region - **Nicole C. English**
- Regional Counsel, Northeast Region – **Darrin Howard**
- Regional Director, Southeast Region - **J.A. Keller**
- Regional Counsel, Southeast Region – **Craig Simmons**
- Regional Director, Mid-Atlantic Region - **James Petrucci**
- Regional Counsel, Mid-Atlantic Region – **Matthew Mellady**
- Regional Director, Western Region - **Melissa Rios**
- Regional Counsel, Western Region – **Dennis Wong**
- Assistant Director – Office of General Counsel – **Ken Hyle**
- Deputy Director – **Gene Beasley**
- Associate Director and Chief of Staff – **Zachary J. Kelton**
- Assistant Director – Information, Policy, and Public Affairs – **Sonya Thompson**
- Assistant Director – Administration – **Hugh Hurwitz**

Congressional Communications
- House Judiciary Committee
- Senate Judiciary Committee
- [Any other Congressional Committee with oversight over BOP]
- Senator Warren

1/29/21

- Senator Durbin
- Senator Rubio
- Senator Grassley
- Senator Cassidy
- Senator Kennedy
- Senator Cory Booker
- Senator Mark Warner
- Senator Tim Kaine
- Representative Mike Johnson
- Representative Karen Bass
- Representative Jerrold Nadler
- Representative Jamie Raskin
- Representative Bennie Thompson
- Representative Raja Krishnamoorthi
- Representative A. Donald McEachin
- Representative H. Morgan Griffith

Date: November 1, 2019 – date of search