UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | Civil Action No. 20-3031 (RCL) |

# EXHIBIT 1

| | |
|---|---|
| **From:** | Molen, Kathleene (USADC) |
| **To:** | Kumar, Suraj; Gamse, Nicholas |
| **Cc:** | Hentoff, Tom |
| **Subject:** | RE: draft JSR - ACLU v BOP, case no. 20-3031 |
| **Date:** | Wednesday, February 24, 2021 9:09:00 AM |

Hi Suraj,

BOP agency counsel sent me the following message:

"We attempted a few ways to run the search.  The below is the best way to run the search.  Keep in mind, the terms in Part 1 of Plaintiff's original search list obviously generates a lot of hit because the search is of the BOP's emails. Therefore, words such as BOP, FCI, Inmate, Detention, Incarceration, Penitentiary, ail, FCI, and Correction are just too common.  So, versus those terms acting as the modifiers of the search and since the Plaintiff seeks COVID related records, the Appropriate Modifier is COVID or Corona and the other terms from Part two of Plaintiff's original search.

In the Body of the email (only)  - **Covid OR Corona AND (any of the other terms with USMS and Marshals added).**  We get 117K results.

We have not deduped this result and will not until the we get an agreement of the search parameters because for us to dedupe, the Agency will have to send to a vendor to do so and there is an associate fee concerning the same.  Further, until the records are deduped, we cannot generate hit.

The Search encompassed the below terms.

Virus
Pandemic
Epidemic
Outbreak
"public health emergency"
SARS
Wuhan
Hoax
"Yellow Peril"
"Kung-Flu"
"Kung Flu"
Cluster
Quarantine
Social isolate
Social distance
Asymptomatic
Symptomatic
N95
N-95

Mask
Sanitizer
Soap
Lockdown
"lock down"
Feasible
Ideal
Guid
CDC
Fauci
Evacuate
Compassionate
Release
Transfer
Carvajal
Vaccine
Death
Fatal
"task force"
"White House"
POTUS
Ventilate
HEPA
Pence

Please let me know if you have questions.  I will try to get answers before tomorrow morning's call.

Thank you,
Katy

---

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Tuesday, February 23, 2021 5:30 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Thanks, I will send an invite shortly.  Please feel free to forward to agency counsel if he can join.

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>

**Sent:** Tuesday, February 23, 2021 5:20 PM
**To:** Kumar, Suraj <skumar@wc.com>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Hi Suraj,

Yes, I'm available on Thursday at 10:00 am.  I'm waiting to hear back from agency counsel to see if he can join us, but nothing yet.  I will keep you posted.

Katy

---

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Tuesday, February 23, 2021 9:25 AM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Thank you, Katy.  Are you available for a call at 10am-11am on Thursday?  If so, we'll circulate a dial-in.

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Monday, February 22, 2021 3:56 PM
**To:** Kumar, Suraj <skumar@wc.com>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Suraj,

I reached out again to BOP agency counsel to get a more definite answer on timeline.  Waiting to hear back from him.  Wednesday is not looking good for me, I have a MSJ due that day (another MSJ and MTD both due on Friday).  On Wednesday afternoon, I'm also required to go into office because they are switching out all of our division's laptops.  The Office is requesting that we allocate at least an hour for this process.  I have intentionally scheduled no calls for Wednesday.

Thursday would be better.  In the meantime I'm hoping I will hear from BOP.

Thank you,
Katy

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Monday, February 22, 2021 2:38 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Katy, would you please let us know if we can expect to receive a hit report or a counterproposal today or tomorrow?  We would like to pin down BOP's position on this so that we can move forward.  If not, could we please have a call to meet and confer about next steps on Wednesday?

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Friday, February 19, 2021 9:48 AM
**To:** Kumar, Suraj <skumar@wc.com>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Suraj,

Agency counsel is waiting to hear back from the search staff from the Office of General Counsel concerning an alternative search query using the same search terms but using a different search parameters.  Agency counsel notes that the main driving force behind the number of documents is the very broad scope of the search and the very common search terms.

I will keep you updated.

Katy

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Thursday, February 18, 2021 4:38 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Katy, I'm following up on our request that the BOP provide a hit report or a counterproposal.  It has now been a week since we first asked for this information, and we have not received any response from the BOP—other than revising upward the number of potentially responsive records without explanation.  If we do not receive a response by COB tomorrow, we will assume that no hit report or

counterproposal is forthcoming, and we will proceed accordingly with our motion.  We are available to confer if that would be productive.  Thank you.

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Tuesday, February 16, 2021 4:48 PM
**To:** Gamse, Nicholas <NGamse@wc.com>; Kumar, Suraj <skumar@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Nick, Suraj,

Please find attached the updated draft JSR with defendants additional edits.  BOP has revised the number of potentially responsive records and indicates that it is 362,231.  I have requested that BOP explain the increase in numbers, I also requested a "hit report," or something comparable, last week and again today.  I had a hearing this afternoon, so I'm digging out of my emails but do not see any further information at this point from BOP.

Thank you,
Katy

---

**From:** Gamse, Nicholas <NGamse@wc.com>
**Sent:** Tuesday, February 16, 2021 4:24 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Kumar, Suraj <skumar@wc.com>
**Cc:** Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Katy,

Thank you.  Will it be possible to get a hit report and/or counterproposal on terms today?

Nick

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Tuesday, February 16, 2021 1:16 PM
**To:** Kumar, Suraj <skumar@wc.com>
**Cc:** Gamse, Nicholas <NGamse@wc.com>; Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Suraj,

Based on the edits you provided, Defendants will be including additional language in the JSR. The draft is currently being circulated with agency counsels for clearance. I will send you a revised version of the JSR as soon as possible.

Thank you,
Katy

---

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Tuesday, February 16, 2021 12:11 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>
**Cc:** Gamse, Nicholas <NGamse@wc.com>; Hentoff, Tom <THentoff@wc.com>
**Subject:** RE: draft JSR - ACLU v BOP, case no. 20-3031

Katy,

Thank you for preparing the first draft of the joint status report. Attached please find our edits, which reflect our current thinking. Can the BOP can provide a hit report and/or a counterproposal on search terms today? Please let us know so that we can revise accordingly.

Sincerely,

Suraj

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Friday, February 12, 2021 11:39 AM
**To:** Kumar, Suraj <skumar@wc.com>
**Cc:** Gamse, Nicholas <NGamse@wc.com>; Hentoff, Tom <THentoff@wc.com>
**Subject:** draft JSR - ACLU v BOP, case no. 20-3031

Suraj,

Please find attached for your review a draft JSR for ACLU v BOP, case 20-3031 that is due on 2/16. I'm waiting to hear back from BOP about your request for a "hit report."

Katy

Kathleene (Katy) Molen

Assistant United States Attorney

U.S. Attorney's Office for the District of Columbia

555 4th Street NW|Civil Division|Washington, D.C. 20530

Ph: (202) 803-1572| [Kathleene.Molen@usdoj.gov](mailto:Kathleene.Molen@usdoj.gov)

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.