UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> Defendants. | Civil Action No. 20-3031 (RCL) |

# EXHIBIT 2

| | |
|---|---|
| **From:** | Kumar, Suraj |
| **To:** | Molen, Kathleene (USADC) |
| **Cc:** | Gamse, Nicholas; Hentoff, Tom; Somil Trivedi |
| **Subject:** | RE: Update from BOP on search result including "virus" and "pandemic" |
| **Date:** | Monday, March 8, 2021 5:59:43 PM |

Katy,

Thank you for the update.  Plaintiffs agree to the search including "virus" and "pandemic."  Based on BOP's representations, we understand that this search yields 237,000 potentially responsive records before deduplication, and that BOP will send the results to a vendor for deduplication.  Our next status report is due on March 16, 2021.  Would you please let us know the results of the deduplication by that date?

Sincerely,

Suraj

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Thursday, March 04, 2021 11:11 PM
**To:** Kumar, Suraj <skumar@wc.com>
**Cc:** Gamse, Nicholas <NGamse@wc.com>; Hentoff, Tom <THentoff@wc.com>
**Subject:** Update from BOP on search result including "virus" and "pandemic"

Hi Suraj,

BOP's agency counsel provides the following update:

I believe it was on February 24, 2021, I reported the below to you alternative query that produced 117K.  On February 25, 2021, you reported that opposing Counsel requested to run the search below but to also add "virus" and "pandemic" as modifiers.  Counsel wanted to know if by including those terms as modifiers, whether the search results would increase and to what extent. We ran the search as requested and, I report that when adding those two terms as modifiers, the search produces an additional 120K results.  So, the 120k is on top of the results retrieved running the search without the two modifiers.

Again these are results that have not been deduped.

Please let me know which search you agree to.

Thank you,
Katy

Kathleene (Katy) Molen
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia

555 4th Street NW|Civil Division|Washington, D.C. 20530

Ph: (202) 803-1572| [Kathleene.Molen@usdoj.gov](mailto:Kathleene.Molen@usdoj.gov)

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.