UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 20-3031 (RCL) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

# EXHIBIT 3

**From:**     Molen, Kathleene (USADC)
**To:**       "Kumar, Suraj"; Gamse, Nicholas; Somil Trivedi
**Subject:**  RE: Follow up: ACLU v. BOP
**Date:**     Thursday, April 15, 2021 10:00:00 AM

Suraj,

I will inform BOP to continue with Assistant Director Matevousian to meet the May 6th deadline, but to switch to Director Carvajal after May 6th.  The processing rate is 500 pages.  BOP requested a 1000 pages to be pulled for the review.

Regarding the identification of two BOP officials who involved with the release or home-confinement transfer of inmates, agency counsel indicates that based on a broad-picture perspective, Correctional Programs Division's (CPD) and Reentry Services Division (RSD) are likely involved:  Correctional Programs Division - **Andre Matevousian**  and  Assistant Director – Administration – **Hugh Hurwitz**.

I plan on circulating a draft of the JSR.  The draft is currently being circulated with the agency counsels, I hope to get you the draft this afternoon.

Thank you,
Katy

---

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Thursday, April 15, 2021 9:03 AM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Gamse, Nicholas <NGamse@wc.com>; Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: Follow up: ACLU v. BOP

Katy,

We agree that BOP can continue reviewing the records of Assistant Director Matevousian to meet the May 6th deadline.  We request that BOP process the records of Director Carvajal going forward.  We understand your email to say that BOP will process 1000 pages this month; please let us know if that is incorrect.

Finally, we have a status report due tomorrow.  Do you plan to circulate a draft?

Sincerely,

Suraj

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005

(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Wednesday, April 14, 2021 6:43 PM
**To:** Kumar, Suraj <skumar@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: Follow up: ACLU v. BOP

Suraj,

I apologize, I should have made it clear to BOP that you would provide custodians and I wasn't just asking BOP a general question regarding whether BOP could prioritize custodians.

BOP appears to have been eager to start.  BOP informs me that last week it began its review for responsiveness of Correctional Programs Division's(CPD) Assistant Director's (AD Matevousian) emails.  BOP indicates that Mr. Matevousian is one of the persons who may be involved in the release or home-confinement transfer of inmates.  BOP can go back and request the first 1000 pages of records of BOP's Director, but it will cause a delay in both receiving the records and processing the records for meeting the May 6th deadline.  BOP can certainly request the next set of records to be that of the Director and process the Director's records going forward.

Again, I apologize, I should have made it clear to BOP to hold off until they received the name of the custodian you wanted to prioritize.

Do you want BOP to continue with what it started last week?  Or do you want it to switch over to the Director's emails?

Katy

---

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Wednesday, April 14, 2021 10:34 AM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Gamse, Nicholas <NGamse@wc.com>; Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: Follow up: ACLU v. BOP

Katy,

On our April 5 call, you asked whether there were particular custodians BOP should prioritize in its responsiveness review before the de-duplication is complete.  For purposes of the responsiveness review, please prioritize processing and releasing the records of BOP Director Michael Carvajal.  In addition, please identify the 1-2 BOP officials who were most closely involved in the release or home-confinement transfer of inmates, including creating  internal criteria for both.  Once you identify those officials, we can determine whether BOP should prioritize review of their records as well.

Sincerely,

Suraj

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Tuesday, April 06, 2021 11:12 AM
**To:** Gamse, Nicholas <NGamse@wc.com>; Kumar, Suraj <skumar@wc.com>; Somil Trivedi <strivedi@aclu.org>
**Subject:** Follow up: ACLU v. BOP

Nick,

Here's some additional information that has been confirmed by BOP.  BOP will process 500 pages monthly for the responsiveness review.  BOP anticipates making its first rolling release concerning that review on May 6th.  The pages deemed responsive will be processed for release.

Thank you,
Katy

---

**From:** Molen, Kathleene (USADC)
**Sent:** Tuesday, April 6, 2021 10:41 AM
**To:** Gamse, Nicholas <NGamse@wc.com>; Kumar, Suraj <skumar@wc.com>
**Cc:** Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: ACLU v. BOP

Nick,

Agency counsel has informed me of the following.  The BOP's E-Discovery Liaison advised that the deduping cannot start until June 1st due to funding and contracting issues.  Agency counsel was not made aware of any budgetary issues/constraints when staff from his office initiated the request for deduping.  Agency counsel has indicated that BOP has begun its responsiveness review – responsive v non-responsive (something it would be required to do regardless of the deduplication).  I had follow on questions that I wanted to get cleared with agency counsel but was not able to connect with him yesterday afternoon or this morning.

Last week BOP relocated agency counsel from DC to Florida and our communications have slowed down during his transition.  I'm hoping that this week he will be fully up and running and I can get

information to you faster.

As I mentioned, I have follow-up questions with agency counsel.  Obviously, we will be talking at 11:30 today, but if you can also think of specific questions/issues you want me to raise with agency counsel, please let me know.

Thank you,
Katy

---

**From:** Gamse, Nicholas <NGamse@wc.com>
**Sent:** Monday, April 5, 2021 4:38 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Kumar, Suraj <skumar@wc.com>
**Cc:** Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: ACLU v. BOP

Katy, how about 11:30?  If that works, we'll circulate an invite.  Thanks.

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Monday, April 5, 2021 4:32 PM
**To:** Kumar, Suraj <skumar@wc.com>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: ACLU v. BOP

Suraj,

I hate to do this, but could we reschedule our call to tomorrow morning any time between 11:30 – 1:30 pm or any time after 3:00 pm?  I had several follow up issues for agency counsel that he needs to confirm.  I want to make sure I am providing you with accurate information.

Again, I apologize, I don't anticipate any additional reschedules.

Please let me know if that works for you.
Thank you,
Katy

---

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Monday, April 5, 2021 12:34 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: ACLU v. BOP

Katy, that works for us.  We'll circulate a dial-in shortly.

**Suraj Kumar**
**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5482 | (F) 202-434-5029
skumar@wc.com | www.wc.com

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Monday, April 05, 2021 12:28 PM
**To:** Gamse, Nicholas <NGamse@wc.com>; Kumar, Suraj <skumar@wc.com>
**Cc:** Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: ACLU v. BOP

Nick,

Could we talk at 5:30 PM?

Thank you,
Katy

---

**From:** Gamse, Nicholas <NGamse@wc.com>
**Sent:** Monday, April 5, 2021 11:06 AM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Kumar, Suraj <skumar@wc.com>
**Cc:** Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: ACLU v. BOP

Katy, could we talk at 4:30 PM or sometime thereafter?  Please let us know what works for you.

Thank you,

Nick

---

**From:** Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
**Sent:** Friday, April 2, 2021 5:38 PM
**To:** Kumar, Suraj <skumar@wc.com>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: ACLU v. BOP

Suraj,

I waited until the end of today to see if I would have additional information to share with you regarding the deduplication process.  Unfortunately I do not.  I am available to discuss with you on Monday afternoon, preferably later in the day.  Mondays are always a little difficult.

Thank you,

Katy

---

**From:** Kumar, Suraj <skumar@wc.com>
**Sent:** Friday, April 2, 2021 3:24 PM
**To:** Molen, Kathleene (USADC) <KMolen@usa.doj.gov>; Gamse, Nicholas <NGamse@wc.com>
**Cc:** Somil Trivedi <strivedi@aclu.org>
**Subject:** RE: ACLU v. BOP

Katy, do you have any update on the deduped volume and hit report from the BOP?  If you're not able to provide us this information today, please let us know your availability to confer on Monday.

Thanks,

Suraj

-----Original Message-----
From: Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
Sent: Tuesday, March 30, 2021 11:31 AM
To: Gamse, Nicholas <NGamse@wc.com>
Cc: Kumar, Suraj <skumar@wc.com>; Somil Trivedi <strivedi@aclu.org>
Subject: RE: ACLU v. BOP

Nick,

I agree that we need the information on BOP.

I will reach out to CDC regarding release date of the 982 pages.

Katy

-----Original Message-----
From: Gamse, Nicholas <NGamse@wc.com>
Sent: Tuesday, March 30, 2021 11:17 AM
To: Molen, Kathleene (USADC) <KMolen@usa.doj.gov>
Cc: Kumar, Suraj <skumar@wc.com>; Somil Trivedi <strivedi@aclu.org>
Subject: RE: ACLU v. BOP

Katy,

Thanks for letting us know that we will receive the congressional materials this week.

We're fine the postpone the call if you don't have an update on the BOP volume.  But we need to pin that down.

For CDC, we're expecting a production of 982 pages either this week, or next week at the latest.  If

there is any change to that, please let us know.

Thanks,

Nick

-----Original Message-----
From: Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>
Sent: Tuesday, March 30, 2021 10:31 AM
To: Gamse, Nicholas <NGamse@wc.com>
Cc: Kumar, Suraj <skumar@wc.com>; Somil Trivedi <strivedi@aclu.org>
Subject: RE: ACLU v. BOP

Hi Nick,

BOP's agency counsel informed me this morning that the leadership offices have provided their
feedback.  The FOIA specialist working on this case is scheduled to return to the office on Thursday.
Accordingly agency counsel anticipates the congressional records will go out either on Thursday or
Friday of this week.  He is still working on getting me answers regarding deduping and the other
records.

I'm happy to talk with you, but I have no further information than what I'm sharing with you here.
Do you still want to talk with me?  Are there other questions/issues you would like to discuss
regarding the other defendants?

Thank you,
Katy

-----Original Message-----
From: Gamse, Nicholas <NGamse@wc.com>
Sent: Monday, March 29, 2021 9:46 AM
To: Molen, Kathleene (USADC) <KMolen@usa.doj.gov>
Cc: Kumar, Suraj <skumar@wc.com>; Somil Trivedi <strivedi@aclu.org>
Subject: RE: ACLU v. BOP

Hi Katy,

Let's plan to talk Tuesday at 11:30 AM.  We'll circulate a dial-in.

Thanks!

Nick

-----Original Message-----
From: Molen, Kathleene (USADC) <Kathleene.Molen@usdoj.gov>

Sent: Sunday, March 28, 2021 6:57 PM
To: Gamse, Nicholas <NGamse@wc.com>
Cc: Kumar, Suraj <skumar@wc.com>; Somil Trivedi <strivedi@aclu.org>
Subject: RE: ACLU v. BOP

Hi Nick,

Tuesday would probably be best as it will give me an opportunity to hopefully get more information from BOP.  With the exception of 2:00-3:00 pm, I'm available all day on Tuesday.

Katy

-----Original Message-----
From: Gamse, Nicholas <NGamse@wc.com>
Sent: Sunday, March 28, 2021 10:35 AM
To: Molen, Kathleene (USADC) <KMolen@usa.doj.gov>
Cc: Kumar, Suraj <skumar@wc.com>; Somil Trivedi <strivedi@aclu.org>
Subject: RE: ACLU v. BOP

Katy,

Please let us know your availability to confer on Monday or Tuesday.  We can discuss these items.

While we appreciate the CDC update, and can discuss further, we remain particularly concerned about BOP, which has missed deadlines provided to the court and to ACLU counsel.  Do you have an update there?  We do not understand the basis for the extended delay of the congressional materials, which is now pushing two weeks beyond the deadline BOP gave the court in the last status report.  And we are also more than a week beyond the deadline for the deduped volume / hit report that you gave us on March 9.  Can you please give us a date certain for each of these items from the BOP?

Please let us know your availability to confer.  We are trying to evaluate whether we need to seek court intervention, and BOP's inability to hit these deadlines is making it seem like we have no other option.

Thanks,

Nick

From: Molen, Kathleene (USADC)
<Kathleene.Molen@usdoj.gov<mailto:Kathleene.Molen@usdoj.gov>>
Date: Friday, Mar 26, 2021, 12:07 PM
To: Gamse, Nicholas <NGamse@wc.com<mailto:NGamse@wc.com>>
Cc: Kumar, Suraj <skumar@wc.com<mailto:skumar@wc.com>>, Somil Trivedi
<strivedi@aclu.org<mailto:strivedi@aclu.org>>

Subject: RE: ACLU v. BOP

Hi Nick,

Apologies for not getting back to you yesterday after my call with CDC.  I have been under water (MSJ due yesterday and reply due today in two other FOIA cases).

CDC is willing to work with you regarding its productions.  However, we think it will be a lot more efficient to address CDC's withholdings upon completion of CDC's productions.  CDC informed me that with their next production, CDC intends to releases the remainder, with the exception of the pages currently out on consult with other agencies, of the non-exempt records (approximately 982 pages).  In short, CDC is combining productions #2 and # 3 into one production.  As this is a larger production than the 500 pages, it might take the CDC an additional week to release this production.  The CDC is targeting next week, but it might only be able to get it to you by the following week.  With respect to the consults, the CDC anticipates getting those back in April.  The CDC indicated that generally the turnaround on consults, once they are returned to the CDC, is fairly quick.  Currently, the CDC anticipates it will be producing the consults by the end of April.  Of course, this is somewhat dependent on how quickly the consulting agency returns the pages to CDC.

I'm currently working with the CDC FOIA counsel on another FOIA case.  He is very good and is committed to working with you, but we don't want to go about this in a piecemeal manner.

I'm happy to further discuss with you.  Again, apologize if I don't get back to you immediately, but March has been quite demanding on the deadline front.

Katy

From: Molen, Kathleene (USADC)
Sent: Thursday, March 25, 2021 9:58 AM
To: Gamse, Nicholas <NGamse@wc.com>
Cc: Kumar, Suraj <skumar@wc.com>; Somil Trivedi <strivedi@aclu.org>
Subject: RE: ACLU v. BOP

Hi Nick,

I have a call scheduled with CDC today at 11:15.  I'm hoping to have some good news for you once I get clarification on a few specific items from CDC.

Regarding BOP, I know it had the congressional records ready to go out, but then DOJ's Office of Legislative Affairs (OLA) requested that BOP run the documents through OIP due to Department senior leadership equities involved.  I have requested to get an update on where things stand.  I also requested an update on the deduplication process.

Apologies on OJP's release not having gone out to you.  OJP has no further records to produce.  I informed BOP to copy you on upcoming releases.

I also reached out to OLC to see if there are any updates on the OLC electronic search.  OLC mentioned that it was expecting results around April 1st.

I will touch base again with you after my call 11:15 call with CDC.

Thank you,
Katy

From: Gamse, Nicholas <NGamse@wc.com<mailto:NGamse@wc.com>>
Sent: Wednesday, March 24, 2021 2:19 PM
To: Molen, Kathleene (USADC) <KMolen@usa.doj.gov<mailto:KMolen@usa.doj.gov>>
Cc: Kumar, Suraj <skumar@wc.com<mailto:skumar@wc.com>>; Somil Trivedi
<strivedi@aclu.org<mailto:strivedi@aclu.org>>
Subject: ACLU v. BOP

Hi Katy,

I write to address four issues in our case.

First, in last week's joint status report, defendants wrote that BOP "anticipates making its first release" of records related to Congressional inquiries and staff emails "by March 16, 2021."  Dkt. 19 at 4.  Plaintiffs have not received those records, or any records from the BOP in response to their April 2020 expedited FOIA request.  Would you please provide an update on the apparent delay?  Is there any reason you can't get us those documents this week?

Second, two weeks have passed since the BOP initiated the deduplication process.  See Dkt. 19 at 4. On March 9, 2021 you told us that the process would take two weeks.  Please provide the results of the deduplication, including the volume of potentially responsive records and, if possible, a hit report.  We are very anxious to resolve this process so that we can pin down a production schedule. We note that the minimum processing rate should be 500 pages per month, in light of BOP's representation in the February 16, 2021 status report.  Dkt. 17 at 5 ("BOP believes that the processing rate should be 500 pages per month").  BOP has not come close to meeting that processing rate thus far.  Plaintiffs reserve the right to seek a higher processing rate from the Court.

Third, we have learned that the government apparently made a small production connected to this litigation directly to the ACLU, without notifying counsel.  On February 26, 2021, the ACLU received 25 pages of records from the DOJ Office of Justice Programs, as well as a cover letter and Vaughn index invoking the deliberative process privilege for the withholding and redaction of certain pages. Please copy ACLU counsel, i.e., Suraj Kumar, Somil Trivedi, and myself, on all future productions in this matter.

Fourth, two weeks have passed since we objected to you about the CDC's indiscriminate "deliberative process privilege" redactions in its first release of records.  The CDC withheld 43 of the 58 pages in the first release, and another 11 pages were significantly redacted.  The release from the

Office of Justice Programs contains similar redactions.  The withholding of entire sections or pages strongly suggests that the agencies have not satisfied their obligations to "consider whether partial disclosure of information is possible," "take reasonable steps necessary to segregate and release nonexempt information," and demonstrate that "disclosure would harm an interest protected by an exemption" or that "disclosure is prohibited by law."  5 U.S.C. § 552(a)(8)(A).  You advised us that you shared our concerns with the CDC.  Can you please confirm whether the government is going to reconsider its redactions and make a corrective production?

Please let us know your availability to confer on these issues this week.

Thank you,

Nick

Nicholas G. Gamse
Williams & Connolly LLP
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5690 | (F) 202-480-8371
ngamse@wc.com<mailto:ngamse@wc.com> | https://protect2.fireeye.com/v1/url?k=cae56023-957e58f1-cae244c6-0cc47adc5fdc-5cac3880dd990430&q=1&e=40f095a2-b12b-4b9a-8065-29d64b2cae26&u=http%3A%2F%2Fwww.wc.com%2Fngamse<https://protect2.fireeye.com/v1/url?k=520f1161-0d9428d2-52083584-0cc47adc5e1a-32d949fdc7154f26&q=1&e=5594e312-3185-41cb-bb7f-a29afeb56402&u=http%3A%2F%2Fwww.wc.com%2Fngamse>

_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.