UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 20-3031 (RCL) |

# EXHIBIT 4

# Deduplication Report

Case: ACLU v BOP

## Summary

**Process Summary**
Total Records: 25,454
Processed: 25,454
Unprocessed: 0

**Duplicates**
Total Duplicates: 2,130    443.4MB    0.43GB
Dup. (non-att.): 1,218    223.6MB    0.22GB
Dup. Atts: 912    219.7MB    0.21GB

## Custodians

**Name: <None>**
Total Records: 0
Processed: 0
Unprocessed: 0
Total Duplicates: 0    0.0MB    0.0GB
Dup. (non-att.): 0    0.0MB    0.0GB
Dup. Atts: 0    0.0MB    0.0GB

**Name: Michael Carvajal**
Total Records: 6,780
Processed: 6,780
Unprocessed: 0
Total Duplicates: 17    1.0MB    0.0GB
Dup. (non-att.): 14    1.0MB    0.0GB
Dup. Atts: 3    0.0MB    0.0GB

**Name: Hugh Hurwitz**
Total Records: 7,341
Processed: 7,341
Unprocessed: 0
Total Duplicates: 11    1.7MB    0.0GB
Dup. (non-att.): 4    0.8MB    0.0GB
Dup. Atts: 7    0.8MB    0.0GB

**Name: Andre Matevousian**
Total Records: 11,333
Processed: 11,333
Unprocessed: 0
Total Duplicates: 2,102    440.7MB    0.43GB
Dup. (non-att.): 1,200    221.8MB    0.22GB
Dup. Atts: 902    218.9MB    0.21GB