UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-3031 (RCL) |

# [PROPOSED] ORDER

UPON CONSIDERATION of the Defendant Federal Bureau of Prisons' Opposition to Plaintiffs' Motion to Compel a Volume Estimate and Expedited Processing, it is hereby:

ORDERED that Plaintiffs' Motion is DENIED; and it is further

ORDERED that Defendant Federal Bureau of Prisons shall process at a processing rate of 500 pages per month the potentially responsive records associated with the three prioritized custodians.

It is SO ORDERED this _____ day of _____, 2021.

_____
ROYCE C. LAMBERTH
United States District Judge