UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 20-3031 (RCL) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) |  |
| Defendants. | ) ) ) |  |

## JOINT STATUS REPORT

The parties respectfully submit the following Joint Status Report to apprise the Court on the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") requests.

On April 29, 2020, and July 1, 2020, Plaintiffs submitted eight separate Freedom of Information Act ("FOIA") requests to the Department of Justice's ("DOJ") Mail Referral Unit, and to an additional six DOJ components – the Federal Bureau of Prisons; the Bureau of Justice Statistics, Bureau of Justice Assistance, National Criminal Justice Reference Center, Office of Justice Programs, Office of Legal Counsel; and to the Department of Health and Human Services ("HHS"), more specifically the Centers for Disease Control ("CDC"). *See* Compl. ¶ 22. Plaintiffs filed this action under the FOIA on October 21, 2020. *See* ECF No. 1.

The status of each component's response is as follows:

**HHS Request:**

On March 1, 2021, the CDC provided Plaintiffs with its first release of non-exempt information. The CDC processed 571 pages; 513 pages required consultation with other agencies, 4 pages were released in full, 11 pages released in part, and 43 pages were withheld in full. On March 31, 2021, the CDC provided Plaintiffs with a second release of non-exempt information. The CDC processed 1,654 pages; 247 pages were released in full, 94 pages were released in part, and 641 pages were withheld in full. An additional 672 pages from the March 31 production required consultation with other agencies, bringing the total number of consult pages to 1,185. On April 30, 2021, the CDC released 554 pages which had required consultation with other government agencies. On May 27, 2021, the CDC made an additional release which had required consultation with other government agencies; 123 pages were released in full, and 65 pages were withheld in full. On June 29, 2021, the CDC made its final release which had required consultation with other government agencies; 113 pages were released in full or in part, and 331 pages were withheld in full.

**DOJ Requests:**

**Bureau of Justice Assistance** - FOIA Request No: 20-FOIA-0021: The search is complete, no responsive records were located.

**National Criminal Justice Reference Center** – FOIA Request No: 20-FOIA-00220: The search is complete. Records were referred to a separate DOJ component for consultation. On February 26, 2021, OJP provided its final determination letter with respect to this request.

**Bureau of Justice Statistics** – FOIA Request No. 20-FOIA-00219.  The search was completed on December 28, 2020, and no responsive records were located.

**Office of Justice Programs** – FOIA Request No. 20-FOIA-00218.  This request is subsumed by requests 20-FOIA-00219 (BJS), 20-FOIA-00220 (NCJRS), and 20-FOIA-00221 (BJA).  OJP has completed processing these FOIA requests and provided Plaintiff with a final determination letter.

The parties are currently meeting and conferring regarding issues related to OJP's productions.

**Federal Bureau of Prisons ("BOP")** – On March 8, 2021, the parties came to an agreement with respect to the search parameters for the BOP FOIA request.  The Plaintiffs requested search parameters yielded approximately 237,000 of potentially responsive records (a record can be comprised of multiple pages).  At the time, BOP was not able to deduplicate the records, but another DOJ component deduped some of the records and provided the Plaintiffs with the results of the deduping.  BOP had begun processing the records for responsiveness.  BOP proposed that it would process 500 pages monthly for the responsiveness review.

On April 2, 2021, BOP released 143 pages of non-exempt information pertaining to the Congressional inquiries.  On May 6, 2021, BOP made its first rolling release at a monthly processing rate of 500 pages.  On June 3, 2021, BOP made its second rolling release at a monthly processing rate of 500 pages.  On July 1, 2021, BOP made its third rolling release at a monthly processing rate of 500 pages.  BOP did not make a release in August 2021.  Plaintiffs

have inquired about the status of the August release and whether BOP will make a corrective production in September.

On June 14, 2021, Plaintiffs provided BOP with a narrowed set of search terms, as well as categories of documents to exclude as non-responsive. Plaintiffs requested that BOP provide an updated estimate of the volume of potentially responsive records after applying the narrowed terms and excluding the non-responsive categories. BOP ran the narrowed search terms provided by Plaintiffs against the records previously located for each custodian and deduplicated the records. At Plaintiffs' request, on July 22, 2021, BOP provided Plaintiffs with a "Hit Report" focused on the narrowed search terms provided by Plaintiffs on June 14, 2021. BOP reported that there are 113,368 records that hit on at least one of the terms and 126,113 when we add families (parent e-mails or attachments) to the hits. At Plaintiffs' request, on August 9, 2021, BOP provided a "Hit Report" for 27 custodians and the number of Excel records resulting from Plaintiffs' search request.

On August 19, 2021, based on the reports provided by BOP, Plaintiffs provided a narrowed set of terms and custodians, but also requested that BOP include an additional custodian to the narrowed list of 21 custodians and requested BOP's position regarding Plaintiffs' proposal. On August 26, 2021, BOP indicated that it was willing to include the additional custodian referenced in Plaintiffs' August 19, 2021, based on certain conditions. On September 9, 2021, Plaintiffs provided their response with respect to BOP's conditions and included certain conditions. BOP is currently reviewing Plaintiffs' conditions and anticipates providing its response by September 17, 2021.

**Office of Legal Counsel ("OLC") –** FOIA Request No. FY20-116.   On February 11, 2021, the parties met and conferred to discuss the request to the Office of Legal Counsel and how to narrow the request for a more targeted search.   The parties agreed that Plaintiffs would provide revised language narrowing the second category of the request.   The parties also agreed that OLC would conduct a search of its database containing OLC legal advice provided outside of the office (and potentially the underlying requests for legal advice) for records pertaining to COVID and detention centers.   OLC completed that search and provided Plaintiffs with a final response regarding that search on March 15, 2021.

On February 18, 2021, the parties came to an agreement with respect to the search parameters for the electronic communications.   OLC explained to Plaintiffs that given its mission and its line of work, the vast majority of OLC's communications with external entities may be covered by the attorney-client and deliberative process privileges of FOIA Exemption 5.   On February 18, 2021, OLC submitted a search request to the Justice Management Division, the division tasked with conducting electronic searches for all of the DOJ's leadership offices.   OLC's initial electronic search is now complete.   The electronic search yielded approximately 40,000 potentially responsive records.   OLC has completed its responsiveness review, and estimates that it has roughly 1000 presumptively responsive records.   OLC previously anticipated making a first monthly production on or by July 15, 2021.   On July 23, 2021, OLC provided Plaintiffs with a first interim response to Plaintiffs' request.   On August 24, 2021, OLC provided Plaintiffs with a second interim response to Plaintiffs' request.   OLC anticipates making its next release on September 24, 2021.

**DOJ's Mail Referral Unit Request** – The Mail Referral Unit confirmed that this request was forwarded to BOP on July 10, 2020.

\*   \*   \*

Based on the above, the parties agree that it is premature to determine whether summary judgment briefing is necessary. The parties agree to continue conferring throughout the production process with the goal of reducing the number of disputed issues for litigation and, to the extent possible, resolving these issues without resorting to summary judgment briefing.

On April 21, 2021, Plaintiffs filed a Motion to Compel, seeking a Court order requiring BOP to (1) identify the deduplicated number of potentially responsive records by May 14, 2021, and (2) process at least 2,000 pages in May and June, and then at least 1,000 pages per month thereafter until processing is complete. Dkt. 23. On May 5, 2021, the BOP filed its Opposition to Plaintiffs' Motion to Compel, Dkt. 24, and Plaintiffs filed a Reply on May 12, 2021, Dkt. 25. Plaintiffs' Motion to Compel is ripe for the Court's consideration.

Accordingly, the parties respectfully propose to submit a Joint Status Report on October 14, 2021, updating the Court on the progress of the processing of Plaintiffs' requests.

\*   \*   \*

Respectfully submitted,

| | |
|---|---|
| /s/ *Nicholas G. Gamse* | CHANNING D. PHILLIPS, D.C. Bar #415793 |
| Nicholas G. Gamse | Acting United States Attorney |
| Thomas Goodman Hentoff | |
| Suraj Kumar | BRIAN P. HUDAK |
| WILLIAMS & CONNOLLY LLP | Acting Chief, Civil Division |
| 725 12th Street, N.W. | |
| Washington, D.C. 20005 | By:  /s/ *Kathleene Molen* |
| 202-434-5690 | KATHLEENE MOLEN |
| 202-434-5804 | Assistant United States Attorney |
| 202-434-5482 | 555 4th Street, N.W. |
| ngamse@wc.com | Washington, District of Columbia 20530 |
| thentoff@wc.com | 202-803-1572 |
| skumar@we.com | Kathleene.molen@usdoj.gov |
| | |
| *Counsels for Plaintiffs* | *Counsel for Defendants* |

Dated: September 14, 2021

UNITED STATES DISTRICT COURT
7