IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

    *Plaintiffs*,

v.

FEDERAL BUREAU OF PRISONS,

U.S. DEPARTMENT OF JUSTICE,

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    *Defendants*.

No. 20-cv-3031

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion [23] to Compel a Volume Estimate and Expedited Processing, it is hereby:

ORDERED that Plaintiffs' Motion is ~~GRANTED~~ DENIED in light of BOP's projected 500 pages per month projected rate subject to further discussion.

It is further ORDERED that Defendant Federal Bureau of Prisons shall complete the de-duplication of potentially responsive records and provide to Plaintiffs an estimate of the deduplicated number of potentially responsive records by no later than May 14, 2021.

It is further ORDERED that Defendant Federal Bureau of Prisons shall process at least 2,000 pages per month during May 2021 and June 2021.

It is further ORDERED that Defendant Federal Bureau of Prisons shall process at least 1,000 pages per month starting in July 2021 until processing is complete.

Royce C. Lamberth
U.S.D.J. — 9/21/21