UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-3031 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated December 14, 2021, the parties respectfully submit the following Joint Status Report to apprise the Court on the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") requests.

On April 29, 2020, and July 1, 2020, Plaintiffs submitted eight separate Freedom of Information Act ("FOIA") requests to the Department of Health and Human Services ("HHS") and the Department of Justice ("DOJ"). *See* Compl. ¶ 22. Plaintiffs filed this action under the FOIA on October 21, 2020. *See* ECF No. 1.

The status of each component's response is as follows:

### HHS Request:

As described in the prior Joint Status Report (ECF No. 38), the final release for the FOIA request to HHS occurred on June 29, 2021.

### DOJ Requests:

Plaintiffs' FOIA requests to DOJ were directed to the Bureau of Justice Assistance, National Criminal Justice Reference Center, Bureau of Justice Statistics, Office of Justice

Programs, DOJ's Mail Referral Unit, the Federal Bureau of Prisons, and Office of Legal Counsel. Below, the parties apprise the Court as to the status for each request by component.

**Bureau of Justice Assistance** - FOIA Request No. 20-FOIA-0021.  The search is complete; no responsive records were located.

**National Criminal Justice Reference Center** – FOIA Request No. 20-FOIA-00220.  The search is complete.  Records were referred to a separate DOJ component for consultation.  On February 26, 2021, the Office of Justice Programs provided its final determination letter with respect to this specific request.

**Bureau of Justice Statistics** – FOIA Request No. 20-FOIA-00219.  The search was completed on December 28, 2020, and no responsive records were located.

**Office of Justice Programs** – FOIA Request No. 20-FOIA-00218.  This request is subsumed by requests 20-FOIA-00219 (BJS), 20-FOIA-00220 (NCJRS), and 20-FOIA-00221 (BJA).  The Office of Justice Programs completed processing these FOIA requests and provided Plaintiff with a final determination letter.

**DOJ's Mail Referral Unit Request** – The Mail Referral Unit confirmed that this request was forwarded to the Federal Bureau of Prisons on July 10, 2020 and combined with the FOIA Request No. 2020-03469.

**Federal Bureau of Prisons ("BOP")** – FOIA Request No. 2020-03469.  On December 15, 2021, the parties reached agreement on Plaintiffs' narrowing proposal that had been discussed in the prior Joint Status Report (ECF No. 41).  Specifically, BOP agreed to restrict the search terms to email text only, as opposed to running the terms across both emails and attachments, for all custodians except the one custodian for whom BOP was already in the middle of processing.  This resulted in a reduction of the volume count, with there being 13,814 documents (emails and

attachments) that hit on the search terms.  Many of these documents consist of multiple pages. In addition, the one custodian for whom BOP was already in the middle of processing has 1,807 pages of records, 765 pages of which were processed in prior releases.

Separately, since the last Joint Status Report, BOP made another production on December 16, 2021, after processing 510 pages.   In that production, BOP released 368 pages in whole or in part.  BOP will continue making monthly releases at a monthly processing rate of 500 pages per month until completion of the production.

**Office of Legal Counsel ("OLC")** – FOIA Request No. FY20-116.  As OLC reported in the prior Joint Status Report (ECF No. 41), OLC completed its responsiveness review and estimates that it has roughly 1,000 presumptively responsive records.  OLC previously provided interim responses on July 23, 2021, August 24, 2021, October 25, 2021, and November 29, 2021. Since the last Joint Status Report, OLC provided a fifth interim response on December 27, 2021. OLC anticipates making its next monthly response on or about January 27, 2022.

*     *     *

Based on the above, the parties agree that it is premature to determine whether summary judgment briefing is necessary.  The parties agree to continue conferring throughout the production process with the goal of reducing the number of disputed issues for litigation and, to the extent possible, resolving these issues without resorting to summary judgment briefing.

Accordingly, the parties respectfully propose to submit a Joint Status Report on February 11, 2022, updating the Court on the progress of the processing of Plaintiffs' requests.

Dated:   January 14, 2022

 /s/ *Jamie Wolfe*
Nicholas G. Gamse
Thomas Goodman Hentoff
Jamie Wolfe
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
202-434-5690
202-434-5804
202-434-5766
ngamse@wc.com
thentoff@wc.com
jwolfe@wc.com

*Counsels for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
202-252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendants*