UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
*et al.*,

        Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

        Defendants.

Civil Action No. 20-3031 (RCL)

## [PROPOSED] ORDER

Upon consideration of the parties' October 6, 2023 Joint Status Report, it is hereby:

**ORDERED** that the parties shall file a Joint Status Report on **January 11, 2024,** updating the Court on the processing of Plaintiffs' FOIA requests.

It is **SO ORDERED** this 16th day of October, 2023.

ROYCE C. LAMBERTH
United States District Judge