UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　　Defendants. | Civil Action No. 20-3031 (RCL) |

### JOINT STATUS REPORT

Pursuant to the Court's July 9, 2024 Order (ECF No. 79), the parties respectfully submit the following Joint Status Report to apprise the Court on the status of the processing of Plaintiffs' Freedom of Information Act ("FOIA") requests.

On April 29, 2020, and July 1, 2020, Plaintiffs submitted eight separate Freedom of Information Act ("FOIA") requests to the Department of Health and Human Services ("HHS") and the Department of Justice ("DOJ"). *See* Compl. ¶ 22. Plaintiffs filed this action under the FOIA on October 21, 2020. *See* ECF No. 1.

The parties understand the Court's concern about the duration of the case. *See* Order (ECF No. 75). The parties continue to confer regarding whether they can reach an agreement that would allow for this case to resolve more quickly, including ongoing discussions of potential settlement. Because of these discussions, the parties propose that they file the next joint status report by August 30, 2024.

The status of each component's response is as follows:

**HHS Request:**

As described previously, the final release for the FOIA request to HHS occurred on June 29, 2021. Consistent with Plaintiffs' request, HHS prepared a draft *Vaughn* index for its Exemption 5 (deliberative process) and Exemption 7 (other than 7(C)) withholdings. HHS provided Plaintiffs with its draft *Vaughn* index on March 29, 2024.

**DOJ Requests:**

Plaintiffs' FOIA requests to DOJ were directed to the Bureau of Justice Assistance, National Criminal Justice Reference Center, Bureau of Justice Statistics, Office of Justice Programs, DOJ's Mail Referral Unit, the Federal Bureau of Prisons, and Office of Legal Counsel. Below, the parties apprise the Court as to the status for each request by component.

**Bureau of Justice Assistance** – FOIA Request No. 20-FOIA-0021. The search is complete; no responsive records were located. On October 31, 2023, Plaintiffs confirmed that they are not challenging the adequacy of the Bureau of Justice Assistance's search.

**National Criminal Justice Reference Center** – FOIA Request No. 20-FOIA-00220. On February 26, 2021, the Office of Justice Programs provided its final determination letter with respect to this specific request. On October 31, 2023, Plaintiffs confirmed that they are not challenging the National Criminal Justice Reference Center's search methodology.

**Bureau of Justice Statistics** – FOIA Request No. 20-FOIA-00219. The search was completed on December 28, 2020, and no responsive records were located. On October 31, 2023, Plaintiffs confirmed that they are not challenging the Bureau of Justice Statistics' search methodology.

**Office of Justice Programs** – FOIA Request No. 20-FOIA-00218. This request is subsumed by requests 20-FOIA-00219 (BJS), 20-FOIA-00220 (NCJRS), and 20-FOIA-00221

(BJA). The Office of Justice Programs completed processing these FOIA requests and provided Plaintiffs with a final determination letter. The Office of Justice Programs request was subsumed by the other three DOJ FOIA requests identified above. On October 31, 2023, Plaintiffs confirmed that they are not challenging the Office of Justice Programs' search methodology.

**DOJ's Mail Referral Unit Request –** The Mail Referral Unit confirmed that this request was forwarded to the Federal Bureau of Prisons on July 10, 2020, and combined with the FOIA Request No. 2020-03469.

**Federal Bureau of Prisons ("BOP")** – FOIA Request No. 2020-03469. BOP made its then-final production on June 13, 2023. On January 2, 2024, BOP made a supplemental production. Plaintiffs' sole remaining issues regarding the BOP FOIA request concern BOP's withholdings under Exemption 5's deliberative process privilege and Exemption 7 (other than 7(C)). Plaintiffs asked BOP to prepare a draft *Vaughn* index, as previously described. The parties are currently assessing whether their ongoing settlement discussions could obviate the need for that draft *Vaughn* index. The parties wish to pursue those discussions quickly and intend to provide the Court with a schedule for further proceedings, including preparing draft *Vaughn* indices and filing dispositive motions, in the next joint status report, if those discussions fail.

**Office of Legal Counsel ("OLC") –** FOIA Request No. FY20-116. As OLC reported in a prior joint status report, OLC completed its responsiveness review and estimates that it has roughly 1,000 presumptively responsive records. OLC provided interim responses on July 23, 2021, August 24, 2021, October 25, 2021, November 29, 2021, December 27, 2021, February 18, 2022, May 19, 2022, September 1, 2022, October 14, 2022, December 23, 2022, January 12, 2024, and March 7, 2024, which was OLC's final response. Plaintiffs' sole remaining issues with the OLC FOIA request are OLC's withholdings under Exemption 5's deliberative process privilege.

Plaintiffs asked OLC to prepare a draft *Vaughn* index. The parties are currently assessing whether their ongoing settlement discussions could obviate the need for that draft *Vaughn* index, as explained in the prior paragraph.

* * *

Accordingly, the parties respectfully propose to submit a Joint Status Report on August 30, 2024, updating the Court on the progress of the processing of Plaintiffs' requests.

Dated: August 1, 2024                        Respectfully submitted,

/s/ *Nicholas G. Gamse*                      MATTHEW M. GRAVES, D.C. Bar #481052
Nicholas G. Gamse                            United States Attorney
Thomas G. Hentoff
Jamie Wolfe                                  BRIAN P. HUDAK
J. Joseph Montgomery                         Chief, Civil Division
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW                          By:  /s/ *Douglas C. Dreier*
Washington, D.C. 20024                       DOUGLAS C. DREIER, D.C. Bar #1020234
202-434-5690                                 Assistant United States Attorney
202-434-5804                                 601 D Street, N.W.
202-434-5766                                 Washington, District of Columbia 20530
202-434-5156                                 202-252-2551
ngamse@wc.com                                douglas.dreier@usdoj.gov
thentoff@wc.com
jwolfe@wc.com                                *Attorneys for the United States of America*
jmontgomery@wc.com

*Counsels for Plaintiffs*