UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | Civil Action No. 20-3031 (RCL) |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby:

**ORDERED** that the parties shall file a Joint Status Report on or before **August 30, 2024,** updating the Court on the processing of Plaintiffs' FOIA requests.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
ROYCE C. LAMBERTH
United States District Judge