UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　Defendants. | Civil Action No. 20-3031 (RCL) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

[Signature page follows]

- 2 -

| | |
|---|---|
| Dated: August 19, 2024 | Respectfully submitted, |
| | |
| /s/ *Nicholas G. Gamse* | MATTHEW M. GRAVES, D.C. Bar #481052 |
| Nicholas G. Gamse | United States Attorney |
| Thomas G. Hentoff | |
| Jamie Wolfe | BRIAN P. HUDAK |
| J. Joseph Montgomery | Chief, Civil Division |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue SW | By:  /s/ *Douglas C. Dreier* |
| Washington, D.C. 20024 | DOUGLAS C. DREIER, D.C. Bar #1020234 |
| 202-434-5690 | Assistant United States Attorney |
| ngamse@wc.com | 601 D Street, N.W. |
| thentoff@wc.com | Washington, District of Columbia 20530 |
| jwolfe@wc.com | 202-252-2551 |
| jmontgomery@wc.com | douglas.dreier@usdoj.gov |
| | |
| Maria Morris | *Attorneys for the United States of America* |
| ACLU | |
| National Prison Project | |
| 915 15th Street NW | |
| Washington, DC 20005 | |
| 202-548-6607 | |
| mmorris@aclu.org | |

Arthur B. Spitzer
ACLU of the District of Columbia
529 14th Street NW
Suite 722
Washington, DC 20045
202-601-4266
aspitzer@acludc.org

David L. Sobel
Law Office of David L. Sobel
5335 Wisconsin Avenue NW
Suite 640
Washington, DC 20015
202-246-6180
sobel@att.net

*Counsel for Plaintiffs*